**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6308**

---

WILLIAM ROGER BOWLING,

Plaintiff - Appellant,

versus

JOE JOHNSON, Sheriff; LINDA MCGUIRE, Chief
Jailer,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-95-237)

---

Submitted:  July 25, 1996        Decided:  August 7, 1996

---

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Roger Bowling, Appellant Pro Se.  James Rutledge Henderson, IV, HENDERSON & DE COURCY, P.C., Tazewell, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bowling v. Johnson</u>, No. CA-95-237 (W.D. Va. Feb. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2